Paul S. Aronzon (admitted *pro hac vice*)
Haig M. Maghakian (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
601 S. Figueroa St., 30th Floor
Los Angeles, CA 90017
(213) 892-4000

- and -

Tyson M. Lomazow
Matthew Brod
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| EAGLE BULK SHIPPING INC., | ) |
| | ) Case No. 14-12303 (SHL) |
| Debtor. | ) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING THE DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) THE OCCURRENCE OF THE EFFECTIVE DATE**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Confirmation of the Plan**. On September 22, 2014, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order [Docket No. 112] (the "Confirmation Order") confirming the *Debtor's Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 15] (the "Plan"), in the chapter 11 case (the "Chapter 11 Case") of the above-captioned debtor and debtor in possession (the "Debtor"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings given to them in the Plan and the Confirmation Order.

2. **Effective Date**. On October 15, 2014, pursuant to the satisfaction and/or waiver, as applicable, of the conditions set forth in Article X.A. of the Plan, the Effective Date of the Plan occurred, and the Plan was substantially consummated.

      3.    **Copies of the Plan and Confirmation Order**.  Copies of the Plan, the Confirmation Order, and any other related document may be accessed either through the Bankruptcy Court website at www.nysb.uscourts.gov or through the Debtor's bankruptcy website at www.EagleBulkRestructuring.com.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and Confirmation Order in their entirety.

Dated:  New York, New York  
       October 15, 2014

/s/ Tyson M. Lomazow

Paul S. Aronzon (admitted *pro hac vice*)  
Haig M. Maghakian (admitted *pro hac vice*)  
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP  
601 S. Figueroa St., 30th Floor  
Los Angeles, CA 90017  
Telephone: (213) 892-4000  
Facsimile: (213) 892-5063

- and -

Tyson M. Lomazow  
Matthew Brod  
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP  
One Chase Manhattan Plaza  
New York, NY 10005  
Telephone: (212) 530-5000  
Facsimile: (212) 822-5000

*Counsel to Debtor and Debtor in Possession*